# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-190    MAGIS. NO: |
| V. <br> **KENNETH MCDERMON** | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> **Frederick Douglas Bush**   FILED <br> JUL 0 6 2005 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| DOB:    PDID: | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
UNLAWFUL TRANSFER OF A FIREARM;
UNLAWFUL DISTRIBUTION OF COCAINE;
UNLAWFUL POSSESSION OF A FIREARM BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:922(g)(1); 18:924(h); 21:841(a)(1) and 841(b)(1)(C); 18:922(g)(1); and 21:844(a)

| BAIL FIXED BY COURT: H6 OB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: 6/21/05 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 6/21/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 6·21·05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 7·6·05 | SEAN McLEOD SDUSM | |
| HIDTA CASE: | Yes   No X | | OCDETF CASE: Yes   No X |

526897