UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-190-02 (RBW)** |
| | : | |
| v | : | |
| | : | |
| **FREDERICK BUSH** | : | |

## ORDER

Upon consideration of the Government's Motion to Impeach Defendant with his Prior Convictions, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE


copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4844
555 4th Street, N.W.
Washington, D.C. 20530

Anthony Martin
7841 Belle Point Drive
Greenbelt, MD 20770