UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-190-02 (JBW)** |
| v. | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| | : | and §841(b)(1)(C) |
| **FREDERICK DOUGLAS BUSH,** | : | (Unlawful Distribution of Cocaine) |
| **Defendant.** | : | |

### S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about May 19, 2005, within the District of Columbia, **FREDERICK DOUGLAS BUSH**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        CATHERINE CONNELLY
        Assistant United States Attorney
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4844
        Washington, D.C. 20530
        (202) 616-3384