CO-526
(12/86)

**FILED**

OCT 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 05-190-2
)
Frederick Bush )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____Frederick P. Bush_____
Defendant

_____[signature]_____
Counsel for defendant

I consent:

_____[signature]_____
United States Attorney

Approved:

_____[signature]_____
Judge