AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

FILED
OCT 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

FREDERICK BUSH

WAIVER OF INDICTMENT

CASE NUMBER: 05-190-02

I, **Frederick P. Bush Jr**, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **October 6, 2005** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Frederick D. Bush Jr_
Defendant

_[signature]_
Counsel for Defendant

Before _Reggie B. Walton_