FILED

OCT 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-190 (RBW) |
| | : | |
| v | : | |
| | : | |
| FREDERICK BUSH | : | |

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSE:

   A.  The essential elements of the offense of Distribution of Cocaine, in violation of 21 U.S.C. § § 841(a)(A) and 841(b)(1)(C) are:

   1.  That the defendant distributed a controlled substance, namely cocaine.

   2.  That the defendant distributed the controlled substance knowingly and intentionally.

II.  COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.  PENALTIES:

   A.  Pursuant to 21 U.S.C. Section 841(b)(1)(C), the crime of Distribution of Cocaine carries a maximum sentence of twenty years of imprisonment, a $ 1,000,000 fine, and up to three years of supervised release

IV.  FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On May 19, 2005, Dale Sutherland, a Metropolitan Police Department undercover officer, met with co-defendant Kenneth McDermon to purchase firearms which McDermon had purchased in Ohio. McDermon met Sgt. Sutherland at West Virginia and Fenwick Streets, NE, in Washington, DC, at approximately 10:00 pm. McDermon arrived in a white Chevy Blazer, accompanied by Frederick Bush. The defendant and Frederick Bush went to the rear of the vehicle and opened the trunk, from which McDermon removed several labeled manufacturer's pistol boxes, and one unboxed firearm in a holster. Bush then got back into the white Chevy Blazer, and McDermon approached the undercover vehicle. McDermon handed the boxes and the holstered weapon to Sgt. Sutherland, who opened each box and examined the firearms. McDermon provided the following firearms to Sgt. Sutherland: a CAI 9 mm pistol, a Bersa 9 mm pistol, three Ruger 9 mm pistols, one Taurus .357 revolver, and one Kel-Tec 9 mm pistol.

McDermon and Sgt. Sutherland then discussed the purchase of cocaine. McDermon returned to the white Chevy blazer and opened the passenger door and spoke to Bush. Bush handed McDermon a small plastic bag containing 2 grams of cocaine. McDermon walked back over to Sgt. Sutherland and gave him the cocaine. Sgt. Sutherland gave the arrest signal, and members of the MPD moved in and arrested McDermon and Bush.

A the time he committed the offense described above, Bush had a felony criminal conviction for Uttering counterfeit currency, aiding and abetting, in criminal case number

CR00026-001 in United States District Court for the Eastern District of Virginia.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney
                Bar No. 451058

                Catherine K. Connelly
                Assistant United States Attorney
                Narcotics Section, Mass. Bar No. 649430
                555 4th Street, N.W. #4844
                Washington, DC 20001
                Phone: 616-3384
                Fax: 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Anthony Martin, this 5th day of October, 2005.

                Catherine Connelly
                Assistant United States Attorney