HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-190-02</u> |
| vs. | : | SSN: <u>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</u> |
| BUSH, Frederick Douglas | : | Disclosure Date: <u>December 9, 2005</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

FILED
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____           _____
**Prosecuting Attorney**                              **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Frederick D. Bush_   12-28-05         _[signature]_         28 DEC 05
**Defendant**      **Date**        **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 23, 2005**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
**By:** Richard A. Houck, Jr., Chief
United States Probation Officer

# ANTHONY D. MARTIN, PC
ATTORNEY AND COUNSELOR AT LAW

7841 BELLE POINT DRIVE  
GREENBELT, MD 20770

(301) 220-3700 (Ofc)  
(301) 220-0791 (Fax)

January 4, 2006

Ms Elizabeth Suarez  
United States Probation Officer  
United States District Court  
333 Constitution Avenue  
Washington, DC 20001  
PRIVATE AND CONFIDENTIAL

Re: *United States v. Fredeick Douglas Bush*  
Criminal No.: 05-190-02

Dear Ms. Suarez:

Further review of the PSR has revealed the following discrepancy in the section noted below.

**PART C – OFFENDER CHARACTERISTICS**

Item 33, line 3 incorrectly states that Mr. Bush was awarded custody of his son; Alan Bush on September 24th, 1994. The correct date is September 24th, 2004.

Thank you for your attention. I look forward to discussing Mr. Bush's case with you soon.

Sincerely,

Anthony D. Martin

cc: Frederick D. Bush.

# ANTHONY D. MARTIN

Attorney-At-Law
Practicing As a Professional Corporation

7841 BELLE POINT DRIVE
GREENBELT, MARYLAND 20770

TELEPHONE: (301) 220-3700

TELECOPIER: (301) 220-0791

## FACSIMILE TRANSMITTAL SHEET

TO: ELIZABETH SUAREZ, USPO

FAX NO.: (202) 273-0242

FIRM: United States Probation Office

FROM: A.D. Martin

REFERENCE: *United States v. Frederick Douglas Bush*

NO. OF
PAGES: 2 (Following Cover Sheet)

DATE: Wednesday, January 04, 2006

MESSAGE:

Hard copy of the comments drafted this date to the PSR to follow in the mail

ADM

*This communication is **personal and confidential**. It is intended only for the use of the addressee. It may contain information that is privileged, confidential and exempt from disclosure under state or federal law. Any distribution or duplication of this communication is strictly prohibited. If you receive this telecopy in error, please call us immediately. We will pay for the cost of postage or overnight delivery to have the same returned.*