|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>JUL 2 7 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

UNITED STATES OF AMERICA,  )
)
v.   )   Criminal No. 05-190-02 (RBW)
)
FREDERICK D. BUSH,   )
)
    Defendant.   )
)

## ORDER

Currently before the Court is the defendant Frederick Bush's pro se motion to reconsider his sentence. Specifically, the defendant requests that the Court alter the previously imposed sentence and sentence him instead to "home confinement" or "weekend incarceration." While this Court's appreciates the affect the defendant's incarceration has had on both him and his family, this Court fully considered the impact of his incarceration at the time of sentencing. In fact, at the time of sentencing, this Court had before it a number of letters attesting to the defendant's character. These factors, among others, led this Court to impose a sentence at the low-end of the applicable United States Sentencing Guidelines range. Therefore, there is simply no basis for this Court to now reconsider that sentence. Accordingly, it is hereby this 26th day of July, 2006,

    **ORDERED** that the defendant's motion is **DENIED**.

    **SO ORDERED.**

                                                             Reggie B. Walton
                                                            United States District Judge